# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEFFREY NIEMAN                                                                                          PLAINTIFF

V.                               NO. 3:16-CV-00182-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## ORDER

Before the Court is Plaintiff's unopposed Motion for Extension of Time to file appeal brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 8*) is modified to provide that Plaintiff's appeal brief is due no later than **December 21, 2016**, and Defendant's brief is due forty-two (42) days after service of Plaintiff's brief.

Dated this 18th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE